■ BARBARA JANICKI, Respondent, v REXFORD L. THOMAS, JR., M.D., Appellant. [887 NYS2d 904]—Appeal from an order of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered September 24, 2008 in a medical malpractice action. The order denied the motion of defendant for summary judgment.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on August 24, 2009,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Martoche, Smith, Carni and Green, JJ.

■ NANCY KILGORE, Appellant,v BEVERLY SCOTT, Respondent. (Appeal No. 1.) [887 NYS2d 915]—Appeal from an order of the Supreme Court, Oneida County (Robert F. Julian, J.), entered February 22, 2008 in a personal injury action. The order denied the motion of plaintiff to set aside the jury verdict and to grant a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Martoche, Smith, Carni and Green, JJ.

■ NANCY KILGORE, Appellant, v BEVERLY SCOTT, Respondent. (Appeal No. 2.) [887 NYS2d 924]—Appeal from a judgment of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered August 26, 2008 in a personal injury action. The judgment, upon a jury verdict, dismissed the complaint.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Smith, Carni and Green, JJ.